## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| PRESQRIBER, LLC, | Case No. 6:14-cv-444 |
| Plaintiff, | PATENT CASE |
| v. | JURY TRIAL DEMANDED |
| COMMUNITY COMPUTER SERVICE, INC. D/B/A MEDENT, | |
| Defendant. | |

### DEFENDANT COMMUNITY COMPUTER SERVICE, INC. D/B/A MEDENT'S
### NOTICE OF CORRECTED CERTIFICATE OF CONFERENCE

The Certificate of Conference on Defendant Community Computer Service, Inc. d/b/a MEDENT's Motion to Transfer Venue (Dkt. 16) is hereby amended to read:

### CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), on August 1, 2014 Ben M. Fletcher, counsel for Defendant, Community Computer Service, Inc., d/b/a MEDENT, conducted a teleconference with Craig Tadlock, counsel for Plaintiff, to discuss this Motion to Transfer and the Motion to Dismiss for Lack of Personal Jurisdiction.  Plaintiff is opposed to the venue transfer motion at this time, but is evaluating its position with respect to same.  Should Plaintiff require limited discovery, Defendant has agreed to consent to extra time to respond to the personal jurisdiction and venue motions, date of extension to be determined later.

Respectfully submitted,

Dated:  August 4, 2014                    EVANS & DIXON, LLC

*/s/ Ben M. Fletcher*
Don V. Kelly, Fed. Bar #16796
Ben M. Fletcher, *pro hac vice*
Metropolitan Square
211 North Broadway, Suite 2500
St. Louis, Missouri 63102
Telephone: 314-621-7755
Facsimile: 314-621-3136

Coghlan Crowson, LLP
Stayton L. Worthington
State Bar No. 22010200
1127 Judson Road, Suite 211
P.O. Box 2665
Longview, Texas 75606

*Attorneys for Defendant,*
*Community Computer Service, Inc.,*
*d/b/a MEDENT*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on all parties to this matter via the courts CM/ECF system.

*/s/ Ben M. Fletcher*